PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>RAMON ELARIO ZAVALA and RODOLFO ZAVALA,<br><br>  Defendant. | CASE NO. 2:17-MJ-00133-DB<br><br>ORDER |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 2:17-MJ-00133-DB against defendants RAMON ELARIO ZAVALA and RODOLFO ZAVALA is GRANTED.

Dated: December 21, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

ORDER

1